Theodore P. Witthoft (State Bar Id No. 021632)
Alysse M. Medina (State Bar Id No. 027278)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, 22nd Floor
Phoenix, Arizona 85004-0608
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: twitthoft@cmpbglaw.com
Email: amedina@cmpbglaw.com

Attorneys for Chapter 7 Trustee, Maureen Gaughan

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>WHISPERING WINDS PROPERTIES, LLC and DAN WISE,<br><br>Debtors. | **Chapter 7**<br><br>**No. 2:08-bk-15620-RJH**<br>**No. 2:08-bk-15635-RJH**<br><br>(Jointly Administered)<br><br>**APPLICATION TO EMPLOY ASSET RECOVERY FIRM** |

The chapter 7 trustee, Maureen Gaughan ("Trustee"), by and through her attorneys Collins, May, Potenza, Baran & Gillespie, P.C., herewith submits her application to employ Edward Prior ("Mr. Prior") and his company, Prior and Associates, Inc. (the "Firm"), to potentially recover lost assets of the estates.

In support of her application, the Trustee states as follows:

1. Mr. Prior is a principal of the Firm, whose place of business is principally located at 191 University Blvd. #373, Denver, Colorado 80206.

2. Mr. Prior is qualified to assist the Trustee in this case. The Firm is licensed and bonded in Colorado and specializes in finding and recovering lost assets for individuals and corporations. Mr. Prior and the Firm have worked with numerous bankruptcy trustees and have found/recovered significant assets for the benefit of said estates.

3. The Firm has agreed to perform the services needed by the Trustee in these cases. The Firm shall charge ten percent (10%) of any proceeds recovered and actually paid to the Trustee.

4. The Trustee requests authorization to execute the "Lost Asset Recovery Agreement" attached hereto as Exhibit "A" and incorporated herein on behalf of the estates in order to effectuate the proposed employment of Mr. Prior and the Firm.

5. To the best of the Trustee's knowledge, neither the Firm, nor Mr. Prior, nor anyone connected with them, have an interest materially adverse to the interest of these estates or of any creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

6. The Trustee asserts that the employment of Mr. Prior and the Firm is in the best interest of the estates since the employment of Mr. Prior and the Firm will allow for the potential recovery of assets for the benefit of the estates and their creditors.

WHEREFORE, the Trustee respectfully requests that this Court authorize the execution of the attached agreement hiring Mr. Prior and the Firm to perform such services as are necessary to recover certain lost assets of the estates.

Respectfully submitted,

COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

By /s/ Alysse M. Medina          #027278
    Theodore P. Witthoft
    Alysse M. Medina
    Attorneys for Maureen Gaughan, Trustee

| | |
|---|---|
| 1 | Copy of the foregoing mailed this 7th day |
| 2 | of May, 2010, to: |
| 3 | |
| 4 | United States Trustee<br>230 North First Avenue, Suite 204 |
| 5 | Phoenix, Arizona 85003-1706 |
| 6 | Maureen Gaughan |
| 7 | P.O. Box 6729<br>Chandler, Arizona 85246-6729 |
| 8 | Trustee |
| 9 | Mark S. Bosco, Esq. |
| 10 | Leonard J. McDonald, Esq. |
| 11 | Tiffany & Bosco, P.A.<br>2525 East Camelback Road, Suite 300 |
| 12 | Phoenix, Arizona 85016<br>Attorneys for Movant National City Mortgage |
| 13 | |
| 14 | Whispering Winds Properties, LLC<br>8700 East Vista Bonita Drive, Suite 204 |
| 15 | Scottsdale, Arizona 85255 |
| 16 | Debtor |
| 17 | Dan Wise |
| 18 | Booking Number P608139<br>Lower Buckeye Jail |
| 19 | 3250 West Lower Buckeye |
| 20 | Phoenix, Arizona 85009 |
| 21 | Cynthia Wise |
| 22 | c/o Dan Wise<br>Booking Number P546107 |
| 23 | Lower Buckeye Jail |
| 24 | 3250 West Lower Buckeye<br>Phoenix, AZ 85009 |
| 25 | |
| 26 | |

| | |
|---|---|
| 1 | Cynthia Wise |
| 2 | 5311 East Acoma Drive<br>Scottsdale, AZ 85254 |
| 3 | |
| 4 | Jamie B. Chapman, Esq.<br>Belkin Burden Wenig & Goldman, LLP |
| 5 | 270 Madison Avenue<br>New York, New York 10016 |
| 6 | |
| 7 | Lisa Young<br>PO Box 4432 |
| 8 | Santa Barbara, CA 93140 |
| 9 | |
| 10 | Phyllis Secosky<br>118 Belvedere Drive |
| 11 | Mill Valley, CA 94941 |
| 12 | Walter Secosky |
| 13 | 770 Goose Creek Road<br>New Bern, CN 28562 |
| 14 | |
| 15 | Adam Friedman<br>4617 East La Costa |
| 16 | Chandler, AZ 85249 |
| 17 | Elissa Friedman |
| 18 | 2720 Balboa Street<br>San Francisco, CA 94211 |
| 19 | |
| 20 | Amir Abromov<br>1395 South Ocean Blvd., #804 |
| 21 | Pompano Beach, FL 33062 |
| 22 | |
| 23 | Laura Lecuna<br>1395 South Ocean Blvd., #804 |
| 24 | Pompano Beach, FL 33062 |
| 25 | Jane Friedman |
| 26 | 6422 East Lonesome Creek Trail<br>Cave Creek, AZ 85331 |

| | |
|---|---|
| 1 | David B. Goldstein, Esq. |
| 2 | Kevin J. Rattay, Esq. |
|   | Hymson Goldstein & Pantiliat, PC |
| 3 | 14646 North Kierland Blvd., Suite 255 |
|   | Scottsdale, AZ 85254 |
| 4 | Attorneys for Petitioning Creditors |
| 5 | |
| 6 | John J. Fries, Esq. |
|   | Ryley Carlock & Applewhite |
| 7 | One North Central Avenue, Suite 1200 |
|   | Phoenix, Arizona 85004-2206 |
| 8 | |
| 9 | Robert J. Berens, Esq. |
|   | Adam D. Melton, Esq. |
| 10 | Mann, Berens & Wisner, LLP |
| 11 | 3300 North Central Avenue, Suite 2400 |
|    | Phoenix, Arizona 85012-2513 |
| 12 | Attorneys for Robin Schupp |
| 13 | |
| 14 | Scott K. Brown, Esq. |
|    | Candida M. Ruesga, Esq. |
| 15 | Marvin Ruth, Esq. |
|    | Lewis and Roca, LLP |
| 16 | 40 North Central Avenue, Suite 1900 |
|    | Phoenix, Arizona 85004-4429 |
| 17 | Attorneys for Gil Peled |
| 18 | |
| 19 | Daniel I. Barness, Esq. |
|    | Spiro Moss Barness, LLP |
| 20 | 11377 West Olympic Blvd., Fifth Floor |
|    | Los Angeles, California 90064 |
| 21 | Attorneys for Creditor Daniel I. Barness |
| 22 | |
| 23 | Scott B. Cohen, Esq. |
|    | Lorena E. Chavez, Esq. |
| 24 | Engelman Berger, PC |
|    | 3636 North Central Avenue, Suite 700 |
| 25 | Phoenix, Arizona 85012 |
| 26 | Attorneys for Compass Bank |

Ralph E. Preite, Esq.
Davidoff Malito & Hutcher, LLP
605 Third Avenue
New York, New York 10158
Attorneys for Merchants T & F, Inc.

William McKenna
1863 Filbert Street
San Francisco, CA 94123-3607

Richard R. Thomas, Esq.
Thomas Schern Richardson, PLLC
1640 South Stapley Drive, Suite 205
Mesa, Arizona 85204
Attorneys for Creditors - Hillary Mickell Chierici and
 Francisco Chierici and Alene Kornfield

John M. McCoy III, Esq.
Sarah D. Moyed, Esq.
Ean H. Estep, Esq.
U.S. Securities and Exchange Commission
5670 Wilshire Blvd., Suite 1100
Los Angeles, CA 90036-3648
Attorneys for Los Angeles Regional Office of U.S. Securities and Exchange

John G. Sinodis, Esq.
Craig J. Bolton, Esq.
Jennings, Haug & Cunningham, LLP
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049

Mark D. Chernoff, Esq.
Lavoy & Chernoff, PC
201 North Central Avenue, Suite 3300
Phoenix, Arizona 85004-1052
Attorneys for Rosenthals

```
 1  Randy A. McCaskill, Esq.
    Alvarez & Gilbert, PLLC
 2  14500 N. Northsight Blvd., Suite 216
 3  Scottsdale, AZ 85260
    Attorneys for Friedmans
 4

 5  Michael D. Kimerer, Esq.
    Kimerer & Derrick, PC
 6  221 East Indianola Avenue
 7  Phoenix, Arizona 85012-2002

 8  Lawrence D. Hirsch, Esq.
 9  DeConcini, McDonald, Yetwin & Lacey
    7310 North 16th Street, Suite 330
10  Phoenix, Arizona 85020

11
    Howard S. Fredman, Esq.
12  Fredman/Lieberman, LLP
    1875 Century Park East, Suite 2200
13  Los Angeles, California 90067-2523

14
    Paul Pettine, Esq.
15  1006 Santa Barbara Street
16  Santa Barbara, CA  93101
    Attorneys for Gregory Adam Young
17

18  Stephen E. Silver
    Silver Law PLC
19  4800 N. Scottsdale Road, Sixth Floor
20  Scottsdale, Arizona 85251
    Attorneys for George Stern, Irene Stern & Steven Malka-Stern
21
    Kevin J. Blakley, Esq.
22  Gammage & Burnham, PLLC
23  Two North Central Avenue, 18th Floor
    Phoenix, Arizona 85004
24  Attorneys for George and Irene Stern and Steven Malka-Stern

25

26
```

William Novotny, Esq.
Mariscal, Weeks, McIntyre & Friedlander, PA
2901 N. Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Attorneys for Carl Farless & Laurie Farless

Richard Maltz
David R. Maltz & Co., Inc.
155 Terminal Drive
Plainview, NY 11803

George O. Richardson, III, Esq.
Emily A. Samuels, Esq.
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
Attorneys for Judgment Creditor William E. McKenna

Andrea M. Palmer, Esq.
Ryley Carlock & Applewhite
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Attorneys for Debtor

Jeremy T. Bergstrom, Esq.
Miles, Bauer, Bergstrom & Winters, LLP
2200 Paseo Verde Parkway, Suite 250
Henderson, NV 89052
Attorneys for Secured Creditor BAC Home Loans Servicing

Estate of Michael Wise
9436 Hartens Creek
Cincinnati, OH 45242

Thomas C. Axelsen, Esq.
Sherman & Howard, LLC
2800 North Central Avenue, Suite 1100
Phoenix, Arizona 85004-1043
Attorneys for Attilio and Laurel Armeni

/s/ Lisa Harnack

**PRIOR AND ASSOCIATES**

BBB
Member
Denver/Boulder Area

Since 1991

FL Lic. A-9800336
Edward A. Prior

May 6, 2010

LOST ASSET RECOVERY AGREEMENT

Between *Prior and Associates* and Dan Wise (bankruptcy estate), pertaining to lost funds worth approximately **$54,000.**

In consideration of *Prior and Associates* bringing to my attention a certain asset to which I have an interest;

1. And in consideration of *Prior and Associate's* work to date and of its further efforts on my behalf I do hereby agree to assign and transfer to *Prior and Associates* **10% (TEN PERCENT)** of the proceeds I receive from such claim.

2. *If this claim is not paid out as a result of Prior and Associate's efforts, the undersigned is under no obligation to Prior and Associates for any expense it has incurred or any service it has rendered.*

3. The check for these funds will come directly to me. I will be obliged to pay *Prior and Associates* **10%** commission.

**4. There will be no up-front money required by the undersigned to recover this asset.**

SIGNED _____

DATE_____

EXHIBIT A

191 University Blvd. #373
Denver, CO 80206
303-777-5235

TOLL FREE
800-883-5870
Fax 303-777-5164
edwardprr@aol.com

3442 Bayshore Blvd. N.E.
St. Petersburg, FL 33703
727-526-4447

Case 2:08-bk-15620-MCW   Doc 341   Filed 05/07/10   Entered 05/07/10 18:33:42   Desc
Main Document   Page 9 of 9